IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA      *
                              *
      v.                      *        CR 116-078
                              *
JOHNATHAN MORRIS HURWITZ      *
```

O R D E R

Pending before the Court is Defendant Johnathan Hurwitz's motion for reconsideration. (Doc. 41.) Defendant asks the Court to reconsider its May 5, 2020 Order denying his motion to modify conditions of supervised release. For the following reasons, the motion to reconsider is denied.

"Although the Federal Rules of Criminal Procedure do not specifically authorize motions for reconsideration, both the Supreme Court and [the Eleventh Circuit] have permitted parties to file such motions in criminal cases." See Serrano v. United States, 411 F. App'x 253, 255 (11th Cir. 2011) (citing United States v. Phillips, 597 F.3d 1190, 1199-1200 (11th Cir. 2010)). In deciding such motions, courts rely on the standards applicable to a motion for reconsideration filed in a civil case pursuant to Rule 59. See United States v. Brown, No. 3:18-cr-89-J-34JRK, 2019 WL 7067091, at *1 (11th Cir. 2019). The movant must show "(1) an intervening change in controlling law; (2) the availability of new

evidence; [or] (3) the need to correct clear error or manifest injustice." Id.

Defendant's motion for reconsideration essentially requests the same relief as the underlying motion without showing any of the three requirements noted above. As stated in the May 5, 2020 Order, Defendant should direct requests for exemptions to specific conditions of supervised release to the supervising probation officer at the appropriate time. Further, Defendant's request to modify certain language in past Orders of the Court has no meaningful effect on the relief he is seeking. Thus, the Court declines to address that aspect of his reconsideration motion.

Upon the foregoing, the motion for reconsideration (Doc. 41) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of May, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA